# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| SUSAN KENDRICK, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Docket no. 2:19-cv-00028-GZS ) |
| MAINE MEDICAL CENTER and MAINEHEALTH, | ) ) ) ) |
| Defendants. | ) |

## PROCEDURAL ORDER

Today, the Court is docketing its Order on Pending Cross-Motions, which DENIES both Defendant's Motion for Summary Judgment (ECF No. 79) and Plaintiff's Motion for Partial Summary Judgment (ECF No. 83). Because this Order references portions of the record that the Court allowed to be filed under seal, the Court is directing that its Order on Pending Cross-Motions initially be docketed under seal.

Absent the receipt of a motion seeking specific redactions, the Court will direct the public docketing of its Order on Pending Cross-Motions on July 13, 2021. No later than noon on July 12, 2021, any party that believes specific redactions should be made to protect information that is only available in the sealed portions of the record, shall file a motion, with due regard to the public's interest in access to court proceedings, explicitly indicating what language it believes should be redacted, and why. The parties are free to file such motions under seal. If any motion requesting redactions is filed, the Court will consider any objections or responses filed within one week of the motion's filing before making its ruling on the redaction request and filing its Order on Pending Cross-Motions, with any approved redactions, on the publicly available docket.

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 30th day of June, 2021.